IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01536-REB-KLM

MYRA BUYS,
MELINDA PACHELLO, and
TODD PACHELLO,

    Plaintiffs,

v.

THE CITY OF LONE TREE,
JACK HIDAHL,
MICHELLE KIVELA,
STEPHEN P. HASLER,
DAVID BROWN,
BRETT CALLAHAN, and
RONALD PINSON, individually and in their official capacities.

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiffs' Unopposed Motion to Amend First Amended Complaint** [Docket No. 33; Filed November 24, 2010] (the "Motion").  Plaintiffs seek to amend their First Amended Complaint [Docket No. 27] to allege "events and claims that have aris[en] subsequent to the filing of this lawsuit" as a result of Plaintiff Melinda Pachello's termination from her employment by Defendant City of Lone Tree.  *Motion* [#33] at 2.

    Fed. R. Civ. P. 15(a) provides that "a party may amend its pleading once as a matter of course . . . In all other cases, a party may amend its pleading only with the opposing party's written consent or the court's leave."  Plaintiffs represent that Defendants do not oppose amendment, "but do not waive any rights [they] may have to respond to Plaintiffs' Second Amended Complaint and/or to assert affirmative defenses."[1]  *Motion* [#33] at 1-2.

---

[1] Plaintiffs style their Motion as "unopposed," but they state as follows in their "Certification Pursuant to D.C.COLO.LCivR 7.1": "Undersigned counsel conferred with Defendants' counsel regarding the relief requested herein and that Defendants' counsel informed undersigned counsel that Defendants oppose Plaintiffs' submission of an amended complaint, but do not waive any rights Defendants may have to respond to Plaintiffs' Second Amended Complaint and/or to assert affirmative defenses."  *Motion* [#33] at 1-2.  The

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Clerk of the Court shall accept Plaintiffs' Second Amended Complaint and Jury Demand [Docket No. 33-1] for filing as of the date of this order.

IT IS FURTHER **ORDERED** that Defendants shall answer or otherwise respond to Plaintiffs' Second Amended Complaint on or before **January 10, 2011**.

Dated:  December 21, 2010

---

Court assumes that Plaintiffs' Certification contains a typographical error.  It appears that Defendants in fact do not oppose Plaintiffs' Motion.  The deadline for Defendants to file a response in opposition to the Motion expired on December 18, 2010.  D.C.COLO.LCivR 7.1.C.  Defendants did not file a response.