IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01536-REB-KLM

MYRA BUYS,
MELINDA PACHELLO, and
TODD PACHELLO,

    Plaintiffs,

v.

THE CITY OF LONE TREE,
JACK HIDAHL,
MICHELLE KIVELA,
STEPHEN P. HASLER,
DAVID BROWN,
BRETT CALLAHAN, and
RONALD PINSON, individually and in their official capacities.

    Defendants.
_____

# MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Motion for Stay Pending Final Agency Decision** [Docket No. 38; Filed January 6, 2011] (the "Motion"). Plaintiffs seek to vacate and stay the trial of this matter and all hearings and deadlines set in the Scheduling Order [Docket No. 20]. Plaintiffs request that the parties be allowed to "continue to pursue and complete written discovery and production of documents" while the case is stayed. *Motion* [#38] at 5, ¶10. On January 12, 2011, Defendants filed a Response [Docket No. 41] to the Motion in which they state that they do not oppose staying this case as long as it is "clear that only written discovery may proceed" while the case is stayed. *Response* [#41] at 3.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED in part**. The Court cannot grant Plaintiffs' request to vacate the trial date. This request must be made in a separately filed motion that will be addressed by District Judge Robert E. Blackburn.

    IT IS FURTHER **ORDERED** that all hearings and deadlines set in the Scheduling Order [#20] are **vacated**, and this case is **STAYED** pending resolution of Plaintiff Melinda Pachello's gender discrimination complaint to the Colorado Civil Rights Division (CCRD).

The parties shall notify the Court when CCRD has made a final decision on the complaint.

IT IS FURTHER **ORDERED** that the parties shall proceed with written discovery and production of documents in compliance with the Federal Rules of Civil Procedure and this Court's Local Rules.

IT IS FURTHER **ORDERED** that the parties shall not notice or conduct any depositions while the stay is in place.

IT IS FURTHER **ORDERED** that Plaintiffs' **Unopposed Motion to Modify Scheduling Order** [Docket No. 45; Filed January 20, 2011] is **DENIED without prejudice**.

Dated:  January 21, 2011