**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 10-cv-01536-REB-KLM

MYRA BUYS,
MELINDA PACHELLO, and
TODD PACHELLO,

    Plaintiffs,

v.

THE CITY OF LONE TREE,
JACK HIDAHL,
MICHELLE KIVELA,
STEPHEN P. HASLER,
DAVID BROWN,
BRETT CALLAHAN, and
RONALD PINSON, individually and in their official capacities,

    Defendants.

## ORDER

**Blackburn, J.**

The matter is before me on the **Unopposed Motion by Plaintiff Myra Buys To Dismiss With Prejudice All Claims Against Hidahl, Kivela, Hasler, Brown, Pinson and Callahan** [#64][1] filed December 8, 2011. After reviewing the motion and the file, I conclude that the motion should be granted and that the claims of the plaintiff, Myra Buys, against the defendants, Jack Hidahl, Michelle Kivela, Stephen P. Hasler, David Brown, Brett Callahan and Ronald Pinson, should be dismissed with prejudice.

---

[1] "[#64]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion by Plaintiff Myra Buys To Dismiss With Prejudice All Claims Against Hidahl, Kivela, Hasler, Brown, Pinson and Callahan** [#64] filed December 8, 2011, is **GRANTED**; and

2. That the claims of the plaintiff, Myra Buys, against the defendants, Jack Hidahl, Michelle Kivela, Stephen P. Hasler, David Brown, Brett Callahan and Ronald Pinson, are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That plaintiff Myra Buys is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated December 9, 2011, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge