**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01536-REB-KLM

MYRA BUYS,
MELINDA PACHELLO, and
TODD PACHELLO,

    Plaintiffs,

v.

THE CITY OF LONE TREE,
JACK HIDAHL,
MICHELLE KIVELA,
STEPHEN P. HASLER,
DAVID BROWN,
BRETT CALLAHAN, and
RONALD PINSON, individually and in their official capacities,

    Defendants.

## ORDER

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal With Prejudice of All Remaining Claims By Plaintiff Buys Against The City of Lone Tree** [#65][1] filed December 8, 2011. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that the claims of plaintiff, Myra Buys, against defendant, The City of Lone Tree, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice of All Remaining**

---

[1] "[#65]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**Claims By Plaintiff Buys Against The City of Lone Tree** [#65] filed December 8, 2011, is **APPROVED** ;

2. That the claims of plaintiff, Myra Buys, against defendant, The City of Lone Tree, are **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs; and

3. That plaintiff, Myra Buys, is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated December 9, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge