**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-01536-REB-KLM

MELINDA PACHELLO, and
TODD PACHELLO,

    Plaintiffs,

v.

THE CITY OF LONE TREE,
JACK HIDAHL,
MICHELLE KIVELA,
STEPHEN P. HASLER,
DAVID BROWN,
BRETT CALLAHAN, and
RONALD PINSON,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The following matters are before me for consideration: (1) the **Unopposed Motion By Both Pachello Plaintiffs' To Dismiss With Prejudice All Claims Against Hidahl, Kivela, Hasler, Brown, Pinson and Callahan** [#70][1]; and (2) the **Stipulation For Dismissal With Prejudice of All Remaining Claims By Both Pachello Plaintiffs Against The City of Lone Tree** [#71] both filed January 9, 2012.  After reviewing the motion, the stipulation, and the file, I conclude that the motion should be granted, that the stipulation should be approved, and that the claims of both plaintiffs against all defendants, should be dismissed with prejudice.

---

[1] "[#70]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Unopposed Motion By Both Pachello Plaintiffs' To Dismiss With Prejudice All Claims Against Hidahl, Kivela, Hasler, Brown, Pinson and Callahan** [#70] filed January 9, 2012, is **GRANTED**;

2. That the **Stipulation For Dismissal With Prejudice of All Remaining Claims By Both Pachello Plaintiffs Against The City of Lone Tree** [#71] filed January 9, 2012, is **APPROVED**; and

2. That the claims of both plaintiffs against all defendants are **DISMISSED WITH PREJUDICE** with each of the affected parties to pay its own attorney fees and costs.

Dated January 10, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge